UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-10949-NMG

```
                                    )
ALICE KIEFT                         )
     Plaintiff                      )
                                    )
v.                                  )
                                    )
AMERICAN EXPRESS COMPANY,           )
ET AL.,                             )
     Defendants                     )
                                    )
```

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of the defendants American Express Company, American Express Company Long Term Disability Plan, and American Express Company Life Insurance Plan in the above-captioned matter.

DEFENDANTS,
By their attorneys,

_____
James F. Kavanaugh, Jr. BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

DATED: October 12, 2004

211534.1

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 10/12/04.

_____