UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10949-NMG

ALICE KIEFT,
    Plaintiff,

v.

AMERICAN EXPRESS COMPANY,
ET AL.,
    Defendants.

## MOTION (ASSENTED-TO) OF DEFENDANTS TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendants, with the assent of counsel to the plaintiff, hereby move pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a) to enlarge the time within which they must serve a response to the complaint to and including November 8, 2004. As grounds therefor, the defendants state that said additional time is necessary for them to prepare their response because of the complex nature of the issues raised in the complaint.

ASSENTED TO:
Attorney for Plaintiff,

*[signature]*
Stephen L. Raymond, Esq.
3 Washington Square
Suite 206
Haverhill, MA 01830

DEFENDANTS,
By their attorneys,

*[signature]*
James F. Kavanaugh, Jr. BBO#262360
CONN KAVANAUGH ROSENTHAL PEISCH
  & FORD, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand) (mail) on 10/14/04.

*[signature]*

DATED: October 14, 2004

190172.1

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200

Fax: (617) 482-6444

WRITER'S DIRECT DIAL: 617-348-8202
E-MAIL: JKAVANAUGH@CKRPF.COM

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK

October 14, 2004

Civil Clerk's Office
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   Alice Kieft v. American Express Company, et al.
      Civil Action No. 04-10949-NMG

Dear Sir/Madam:

Enclosed for filing in the above-referenced matter, please find Motion (Assented-To) of Defendants to Enlarge Time to Respond to Complaint.

Kindly date stamp and return the enclosed acknowledgement card.

Very truly yours,

James F. Kavanaugh, Jr.

JFK/lm:5182-031
Enclosure
cc:   Stephen L. Raymond, Esq.

211538.1