UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10949-NMG

```
_____
                                )
ALICE KIEFT,                    )
      Plaintiff,                )
                                )
v.                              )
                                )
AMERICAN EXPRESS COMPANY,       )
ET AL.,                         )
      Defendants.               )
_____)
```

## SECOND (ASSENTED-TO) MOTION OF DEFENDANTS TO ENLARGE TIME TO RESPOND TO COMPLAINT

The defendants, with the assent of counsel to the plaintiff, hereby move pursuant to Fed. R. Civ. P. 6(b) and Fed. R. Civ. P. 12(a) to enlarge the time within which they must serve a response to the complaint to and including December 8, 2004.  As grounds therefor, the defendants state that said additional time is necessary for them to obtain documents, investigate the facts and to prepare their response.

ASSENTED TO:                    DEFENDANTS,
Attorney for Plaintiff,         By their attorneys,


Stephen L. Raymond by
Constance M. McGrane 11/4/04    /s/ Constance M. McGrane
_____    _____
Stephen L. Raymond, Esq.        James F. Kavanaugh, Jr.
BBO # 567753                    BBO # 262360
3 Washington Square             Constance M. McGrane
Suite 206                       BBO # 546745
Haverhill, MA 01830             CONN KAVANAUGH ROSENTHAL PEISCH
978-322-6590                      & FORD, LLP
                                Ten Post Office Square
                                Boston, MA 02109
                                617-482-8200


DATED:  November 4, 2004

213075.1