# United States District Court

_____ DISTRICT OF ___MASSACHUSETTS___

ALICE KIEFT

V.

AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS COMPANY LONG
TERM DISABILITY PLAN, and
AMERICAN EXPRESS COMPANY LIFE
INSURANCE PLAN

SUMMONS IN A CIVIL CASE

CASE NUMBER:

04 - 10949 WGY

NMG

TO: (Name and address of defendant)

AMERICAN EXPRESS COMPANY
World Financial Center
200 Vesey Street
New York, NY 10285

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN L. RAYMOND, ESQ.
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590

an answer to the complaint which is herewith served upon you, within ___20 (twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE  5-12-04

(BY) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

*Suffolk, ss.*

September 3, 2004
I hereby certify and return that on 9/3/2004 at 10:45AM I served a true and attested copy of the Summons, Complaint and Cover Sheet, Category Sheet in this action in the following manner: To wit, by delivering in hand to Y.Concepcion,Process Clerk & agent in charge of CT Corp & its agent, for American Express Company, at CT Corporation System, 101 Federal Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    John Cotter

*Deputy Sheriff*