# United States District Court

DISTRICT OF ____MASSACHUSETTS____

ALICE KIEFT

V.

AMERICAN EXPRESS COMPANY,
AMERICAN EXPRESS COMPANY LONG
TERM DISABILITY PLAN, and
AMERICAN EXPRESS COMPANY LIFE
INSURANCE PLAN

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04-10949 WGY

NMG

TO: (Name and address of defendant)

AMERICAN EXPRESS COMPANY LONG TERM DISABILITY PLAN
c/o American Express Company
World Financial Center
200 Vesey Street
New York, NY 10285

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

STEPHEN L. RAYMOND, ESQ.
3 Washington Square, Ste. 206
Haverhill, MA 01830
(978) 372-6590

an answer to the complaint which is herewith served upon you, within ____20 (twenty)____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

(BY) DEPUTY CLERK

DATE   5-12-04

Re:   Alice Kieft v. American Express, et al.
      Civ. No.: 04-10949 NMG


The undersigned, James F. Kavanaugh, Jr., Esq., as attorney for defendant, AMERICAN EXPRESS LONG TERM DISABILITY PLAN, acknowledges acceptance of the within Summons, together with related Complaint, Civil Cover Sheet, and Civil Category Sheet in the referenced matter on this date.


October 19, 2004
Date

James Kavanaugh, Esq.
CONN KAVANAUGH
ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109