**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

-----------------------------------------------------------x

**ALICE KIEFT,**

                **Plaintiff,**

        v.

**AMERICAN EXPRESS COMPANY,**
**AMERICAN EXPRESS COMPANY LONG**
**TERM DISABILITY PLAN, and**
**AMERICAN EXPRESS COMPANY LIFE**
**INSURANCE PLAN,**

                **Defendants.**

-----------------------------------------------------------x

**CIVIL ACTION NO.:**

**04-10949 NMG**

## MOTION TO ADJOURN SCHEDULING CONFERENCE (ASSENTED TO)

Plaintiff, by and through her undersigned counsel, respectfully moves for an order adjourning the scheduling conference in the captioned matter, which is currently scheduled for April 15, 2005, at 3:00 p.m.

As grounds for this motion, Plaintiff's counsel reports that he is currently on trial in the matter of *MacWilliams v. Pentucket School District*, C.A. No. 00-01333 A, before the Essex County Superior Court (Salem). The jury trial commenced on April 5th and it is expected that the trial will continue through April 15, 2005, and perhaps be given to the jury on that afternoon.

Counsel for Plaintiff is a solo practitioner, and thus, has no ability to otherwise cover the scheduling conference.

After conferring, counsel for defendants assents to this motion.

        Respectfully submitted,

Dated: Haverhill, MA
       April 11, 2005

PLAINTIFF
By her attorney,

LAW OFFICE OF
STEPHEN L. RAYMOND, ESQ.

By:   */s/ Stephen L. Raymond*
       Stephen L. Raymond
       3 Washington Square, Ste. 206
       Haverhill, MA  01830
       (978) 372-6590
       BBO #567753

ASSENTED TO:

Defendants,
American Express Company,
American Express Company Long Term Disability Plan, and
American Express Company Life Insurance Plan

By:   */s/ Constance M. McGrane*
       Constance M. McGrane  BBO#
       CONN KAVANAUGH ROSENTHAL PEISCH
       &amp; FORD, LLP
       Ten Post Office Square
       Boston, MA 02109
       (617) 482-8200