UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-10949-NMG

| | |
|---|---|
| ALICE KIEFT,<br>    Plaintiff<br><br>v.<br><br>AMERICAN EXPRESS COMPANY,<br>ET AL.,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATION OF DEFENDANT**
**AMERICAN EXPRESS COMPANY PURSUANT TO LR 16.1(D)(3)**

Defendants American Express Company, American Express Company Long Term Disability Plan, and American Express Company Life Insurance Plan ("American Express") by its attorney and an authorized representative, hereby certify as follows:

1. Defendant and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Defendant and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Karen E. Wilson, Esq.
Litigation Counsel
American Express Financial Advisors
50587 Axt Financial Center
Minneapolis, MA 55474

/s/Constance M. McGrane
_____
James F. Kavanaugh, Jr. BBO #262360
Constance M. McGrane BBO #546745
Counsel for American Express
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

223845.1