# EXHIBIT 3

## CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
NEIL R. SCHAUER
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEVEN E. GURDIN
MICHAEL T. SULLIVAN
CONSTANCE M. MCGRANE

COUNSELORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200
Fax: (617) 482-6444

WRITER'S DIRECT DIAL: (617) 348-8214
E-MAIL: CMCGRANE@CKRPF.COM

December 9, 2005

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
SARA L. GOODMAN
ELISE S. WALD
MICHAEL R. BERNARDO
JACOB A. LABOVITZ
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH NUZZO NEWMARK
SARAH E. WEBER
VALERIE CHRISTOPHILOS
MAYA L. SETHI

Stephen L. Raymond, Esq.
3 Washington Square, Suite 206
Haverhill, MA 01830

RE:    Alice Kieft v. American Express Company, et al.; Civil Action No. 04-10949-NMG

Dear Stephen:

Enclosed please find another copy of my August 18, 2005 letter, with confidentiality agreement. Can you please execute the enclosed document and return it to my attention as soon as possible so I may forward the documents referred to in defendants' initial disclosures to you?

Thank you for your attention to this matter.

Very truly yours,

Constance M. McGrane

Enclosures
CMM/sem:5182-31

cc:    James F. Kavanaugh, Jr., Esq