# EXHIBIT 6

OCC
5502092580SS

030803024345

Metropolitan Life Insurance Company
PO Box 14590, Lexington, KY 14590-4590
Tel 800 697-5754    Fax 866-690-1264

**MetLife**®

Metlife Disability

May, 12, 2003

Stephen L. Raymond, Esq.
3 Washington Square STE 206
Haverhill, Massachusetts 01830

Employer: American Express
Claim #:  550209258055
Employee: Alice Kieft

Dear Mr. Rayond:

This letter is in reply to your letter dated Aril 23, 2003.  Enclosed is a copy of Ms. Kieft's file that you requested.

Should you have any questions regarding this disability claim, please call 1-800-697-5754, between 8:00 a.m. and 8:00 p.m. Eastern time.

Sincerely,

Tanzzy Cooley
Case Manager

For efficient and prompt claim handling, all documents or correspondence returned to us should contain your claim number and social security number.

10day

KIEFT 00359

030805 009546

Metropolitan Life Insurance Company
PO Box 14590, Lexington, KY 40511-4590
Tel 800 697-5754  Fax 869 690-1284

**MetLife®**

MetLife Disability

July 17, 2003

Law Office of Stephen L. Raymond, Esq.
Suite 206
3 Washington Square
Haverhill, MA 01830

Regarding: Alice Kieft
Claim Number: 550209258055

Dear Mr. Raymond, Esq.:

Enclosed, per your request, please find a copy of Ms. Kieft's file. Please note that requests for a copy of the Salary Continuation Plan must be sent to the American Express Leave of Absence department. They can be reached at (800) 662-5282.

A second level of appeal is available to Ms. Kieft. This appeal should be sent to:

American Express
Health Services – 38th floor
200 Vesey Street
New York, NY 10285-3805

Should you have additional questions, please feel free to contact our office at the above toll-free number.

Sincerely,

Jennifer Lo Presti
Disability Resource Specialist

KIEFT 00152