UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-10949-NMG

_____
                                            )
ALICE KIEFT,                              )
     Plaintiff                            )
                                            )
v.                                              )
                                            )
AMERICAN EXPRESS COMPANY,  )
et al.,                              )
     Defendants.               )
_____)

**NOTICE OF FILING OF EXHIBITS**
**TO AFFIDAVIT OF COLEEN A. LYONS**

                                                      DEFENDANTS,
                                                      By their attorneys,

                                                     /s/ Constance M. McGrane
                                                     James F. Kavanaugh, Jr., Esq. (BBO #262360)
                                                     Constance M. McGrane, Esq. (BBO #546745)
                                                     CONN KAVANAUGH ROSENTHAL
                                                     PEISCH & FORD, LLP
                                                     Ten Post Office Square
                                                     Boston, MA  02109
                                                     (617) 482-8200

Dated: February 24, 2006

247971.1