UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-10949-NMG

_____
                                            )
ALICE KIEFT,                                )
        Plaintiff                           )
                                            )
v.                                          )
                                            )
AMERICAN EXPRESS COMPANY,                   )
et al.,                                     )
        Defendants.                         )
_____)

**NOTICE OF FILING OF EXHIBITS**
**TO AFFIDAVIT OF LAURA SULLIVAN**

DEFENDANTS,
By their attorneys,

/s/ Constance M. McGrane
James F. Kavanaugh, Jr., Esq. (BBO #262360)
Constance M. McGrane, Esq. (BBO #546745)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: February 24, 2006

247970.1