**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

**ALICE KIEFT,**
                **Plaintiff**

    **v.**
                                      **04 CV 10949 NMG**

**AMERICAN EXPRESS COMPANY,**
**AMERICAN EXPRESS COMPANY LONG**
**TERM DISABILITY PLAN, and**
**AMERICAN EXPRESS COMPANY LIFE**
**INSURANCE PLAN,**
                **Defendants**

---

**PLAINTIFF'S CROSS-MOTION**
**FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

        Plaintiff, ALICE KIEFT, by and through her undersigned counsel, pursuant to Fed. R. Civ. P. 56, moves for Judgment on the Administrative Record in her favor.  As grounds for her motion, Plaintiff states that in this action, Counts III and IV, which state causes of action for benefits under ERISA, 29 U.S.C. § 1132(a)(1)(B), should be determined in her favor, as defendants have failed to make any decision on her claims, and their post hoc rationalizations should be barred pursuant to *Glista v. UNUM Life Ins. Co. of America*, 378 F.3d 113 (1st Cir. 2004).  In further support of her motion, Plaintiff submits her accompanying Counter-Statement of Facts and Memorandum of Law, and respectfully refers this Court to the exhibits filed with the Court by defendant.

**REQUEST FOR ORAL ARGUMENT**

        Plaintiff respectfully requests oral argument on this motion.

Dated: March 24, 2006
       Haverhill, MA

                                                        LAW OFFICE OF
                                                        STEPHEN L. RAYMOND, ESQ.
                                                        Attorney for Plaintiff

                                By:    */s/ Stephen L. Raymond*
                                               Stephen L. Raymond
                                             3 Washington Square, Ste. 206
                                             Haverhill, MA  01830
                                             (978) 372-6590
                                             BBO #567753