UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                     )
ALICE KIEFT,                         )
          Plaintiff                  )
                                     )
          v.                         )   CIVIL ACTION No.
                                     )   04-10949-NMG
AMERICAN EXPRESS COMPANY, ET AL      )
          Defendants                 )
_____)
```

**ORDER**

Plaintiff's motion for an extension of scheduling order (Docket No. 18) ("the Motion") is allowed, in part, and denied, in part as follows:

1) the Scheduling Order is Amended so that all documentary evidence described in Exhibits 1, 2 and 5 attached to Defendant's Opposition to the Motion (Docket No.19), including confidential documents, shall be produced by defendant for plaintiff on or before April 30, 2006 provided a Confidentiality Agreement is executed by plaintiff on or before that date.  Otherwise, no further discovery will be had.

2) Plaintiff's opposition to defendant's motion for summary judgment and plaintiff's cross motion for summary judgment, if any, shall be filed on or before May 31, 2006.

3) Defendant's opposition to plaintiff's motion, if any, shall be filed on or before June 23, 2006.

4) If necessary, a final pretrial conference will be held on Tuesday, August 15, 2006, at 3:00 p.m. and trial will commence on Monday, September 18, 2006.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: 4/3/06