UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-10949-NMG

_____
                                    )
ALICE KIEFT,                        )
    Plaintiff                       )
                                    )
v.                                  )
                                    )
AMERICAN EXPRESS COMPANY,           )
ET AL.,                             )
    Defendants                      )
_____)

DEFENDANTS' STATUS REPORT

Pursuant to this Court's Order of January 9, 2007, the defendants, American Express Company ("American Express"), American Express Company Long Term Disability Plan ("LTD Plan"), and American Express Company Life Insurance Plan ("Life Insurance Plan"), collectively "Defendants", provide the following report on the progress of the claim administrator's review.

1.      The Court's order granting summary judgment to the Defendants on September 14, 2006 remanded the plaintiff's claims for long term disability and life insurance benefits to the claims administrator for a full and fair review. Consistent with its procedures for claim review, Metropolitan Life Insurance Company ("MetLife"), the claim administrator for the LTD Plan and Life Insurance Plan, requested documents and an application for evaluation of the plaintiff's claims. Following receipt of these documents by the plaintiff, the documents were submitted to MetLife to permit it to conduct the claim review.

2.  MetLife is reviewing the claims and anticipates issuing a written decision on the claims within thirty (30) days.

                          Respectfully submitted,
                          DEFENDANTS,
                          By their attorneys,

                          /s/ Constance M. McGrane
                          James F. Kavanaugh, Jr. (BBO #262360)
                          Constance M. McGrane (BBO #546745)
                          CONN KAVANAUGH ROSENTHAL
                            PEISCH & FORD, LLP
                          Ten Post Office Square
                          Boston, MA  02109
                          (617) 482-8200

Dated:  March 2, 2007

                          CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each party by electronic filing on March 2, 2007.
/s/ Constance M. McGrane

276213.1