UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Docket No. 04-10949-NMG

| | |
|---|---|
| ALICE KIEFT, | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| AMERICAN EXPRESS COMPANY, ET AL., | ) |
|     Defendants | ) |

DEFENDANTS' REPORT ON STATUS

Pursuant to this Court's order of September 10, 2007, the defendants, American Express Company ("American Express"), American Express Company Long Term Disability Plan ("LTD Plan"), and American Express Company Life Insurance Plan ("Life Insurance Plan"), collectively Defendants, provide the following report on the status of the case.

1.    The plaintiff's demand, subject to Bankruptcy Court approval, has been forwarded to Defendants for a response. The Defendants are still evaluating the demand, but have not yet rejected the demand. The Plaintiff has indicated that she is attempting to obtain specific information concerning the process for Bankruptcy Court approval, and will provide further information concerning the same to Defendants.

2. On September 20, 2007, the plaintiff forwarded a letter requesting documents, and relating her intention to appeal the Long Term Disability benefits and Life Insurance premium decision.

Respectfully submitted,

DEFENDANTS,
By their attorneys,

/s/ Constance M. McGrane
James F. Kavanaugh, Jr., Esq.  (BBO #262360)
Constance M. McGrane, Esq.  (BBO #546745)
CONN KAVANAUGH ROSENTHAL
PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA  02109
(617) 482-8200

Dated: September 25, 2007

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 25th day of September, 2007.
/s/ Constance M. McGrane

293625.1