## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**Alice Kieft,**
         **Plaintiff**

**V.**

**American Express Co., et al.,**
         **Defendant**

**CIVIL ACTION**

**NO.  04-10949-NMG**

### ORDER OF DISMISSAL

**Gorton,     D. J.**

    In accordance with the Order dated **February 18, 2008**, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice.

                  **By the Court,**

    **3/24/08**                          **/s/ Craig J. Nicewicz**
       **Date**                              **Deputy Clerk**